MANDATORY CHAMBERS COPY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SIDNEY ELLIOTT, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROLLING FRITO-LAY SALES, LP, FRITO LAY, INC., FRITO-LAY SALES, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No. SA CV11-1730 DOC (ANx)<br><br>[PROPOSED] ORDER RE STIPULATION AND REQUEST TO STAY ALL DATES IN LIGHT OF SETTLEMENT<br><br>Judge:   Hon. David O. Carter<br>Ctrm:    9-D<br><br>[Complaint filed November 9, 2011] |

SMRH:409830127.1

-1-

[PROPOSED] ORDER STAYING DATES IN LIGHT OF SETTLEMENT

1 **FINDING THAT GOOD CAUSE EXISTS, IT IS HEREBY**
2 **ORDERED THAT,** all currently-scheduled dates are stayed pending finalization of the
3 settlement of this matter. The Parties shall file a Motion for Preliminary Approval with
4 this Court on or before October 7, 2013.

Dated: 8/9 , 2013

*/s/ David O. Carter*

The Honorable David O. Carter
United States District Judge