1  Ira Spiro, State Bar No. 67641
   ira@spirolawcorp.com
2  Jennifer L. Connor, State Bar No. 241480
   jennifer@spirolawcorp.com
3  **SPIRO LAW CORP.**
   11377 West Olympic Boulevard, 5th Floor
4  Los Angeles, California 90064
   Telephone:  310-235-2350
5  Fax:         310-235-2351

6  Joseph J. Gigliotti, State Bar No. 144979
   gigliottilaw@msn.com
7  **GIGLIOTTI & GIGLIOTTI, LLP**
   26501 Rancho Parkway South, Ste. 101
8  Lake Forest, California 92630
   Telephone:  949-305-8202
9  Fax:         949-305-8239

10 Attorneys for Plaintiff SIDNEY ELLIOTT
   and the putative Plaintiff Class

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIDNEY ELLIOTT, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROLLING FRITO-LAY SALES, LP, FRITO LAY, INC., FRITO-LAY SALES, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No. SA CV11-1730 DOC (ANx)<br><br>CLASS ACTION<br><br>**PLAINTIFF'S NOTICE OF INTENT TO FILE MOTION FOR PRELIMINARY APPROVAL PURSUANT TO PARTIES' JOINT STIPULATION**<br><br>Hearing:<br>Date:   TBD<br>Time:   TBD<br>Crtrm:  9-D<br><br>Date Action Filed: November 9, 2011<br>Trial Date: August 16, 2014 |

**TO THE COURT, TO ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on a date and time to be determined after submission of Parties contemplated Motion For Preliminary Approval, along with all supporting documents, expected to be filed by October 28, 2013, Plaintiff Sidney Elliott ("Plaintiff") will move the Court for an Order granting preliminary approval of a proposed class action settlement between Plaintiff and Defendants Rolling Frito-Lay Sales, LP, Frito Lay, Inc., Frito-Lay Sales, Inc. ("Defendants" or "Frito-Lay").

**FURTHER PLEASE TAKE NOTICE THAT**, on October 3, 2013, the Parties in this action, through their attorneys' of record, filed a Stipulation And Proposed Order Regarding Extension Of Time To File Motion For Preliminary Approval ("Stipulation") [D.E. 38] requesting a short extension of twenty-one (21) days from the deadline to file the Motion For Preliminary Approval of October 7, 2013 to October 28, 2013. As described in the Stipulation, the Parties have been diligently preparing documents, however, the process is taking longer than expected. It should also be noted that Plaintiff's counsel, Spiro Moore LLP recently transitioned to Spiro Law Corp., *see*, Notice of Change Of Attorney Business Or Contact Information [D.E. 39], which also necessitates further documentary revisions. Having not heard from the Court, Plaintiff files this Notice Of Intent To File Motion For Preliminary Approval, but because the Parties are in the process of finalizing the long-form Settlement Agreement, Plaintiff will be filing moving papers, along with the final form Settlement Agreement and final form exhibits once obtained. As stated in their Stipulation, the Parties anticipate having the final form

1

PLAINTIFF'S NOTICE OF INTENT TO FILE MOTION FOR
PRELIMINARY APPROVAL; CASE NO. 11-CV-1730

1    documents submitted by the end of this month, on or before October 28, 2013.

2

3                                              Respectfully submitted,

4    Date:  October 7, 2013                    **SPIRO LAW CORP.**

5

6                                              By: */s/   Jennifer Connor*
7                                                   Jennifer Connor
                                                    Ira Spiro
8                                              Attorneys for Plaintiff and the
                                               putative Class

2

PLAINTIFF'S NOTICE OF INTENT TO FILE MOTION FOR
PRELIMINARY APPROVAL; CASE NO. 11-CV-1730