1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SIDNEY ELLIOTT, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROLLING FRITO-LAY SALES, LP, FRITO LAY, INC., FRITO-LAY SALES, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No. SA CV11-1730 DOC (ANx)<br><br>**CLASS ACTION**<br><br>**ORDER RE STIPULATION AND REQUEST FOR EXTENSION OF DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL [38]**<br><br>Judge: Hon. David O. Carter<br>Ctrm: 9-D<br><br>[Complaint filed November 9, 2011] |

-1-

1  **FINDING THAT GOOD CAUSE EXISTS, IT IS HEREBY**
2  **ORDERED THAT,** the date by which to file the anticipated Motion for Preliminary
3  Approval, currently calendared for October 7, 2013, is extended.  The Parties shall file a
4  Motion For Preliminary Approval, along with supporting documents, on or before
5  October 28, 2013.  The current stay of all other dates pending finalization of the proposed
6  settlement remains and is unchanged.

10  Dated: October 9, 2013                             *David O. Carter*
11                                                                 The Honorable David O. Carter
12                                                                 United States District Judge