| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SIDNEY ELLIOTT, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROLLING FRITO-LAY SALES, LP, FRITO LAY, INC., FRITO-LAY SALES, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No. SA CV11-1730 DOC (ANx)<br><br>**CLASS ACTION**<br><br>**ORDER RE STIPULATION AND REQUEST FOR EXTENSION OF DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL [43]**<br><br>Judge:  Hon. David O. Carter<br>Ctrm:   9-D<br><br>[Complaint filed November 9, 2011] |

**FINDING THAT GOOD CAUSE EXISTS, IT IS HEREBY ORDERED THAT,** the date by which to file the anticipated Motion for Preliminary Approval, currently calendared for October 28, 2013, is extended. The Parties shall file a Motion For Preliminary Approval, along with supporting documents, on or before November 11, 2013. The current stay of all other dates pending finalization of the proposed settlement remains and is unchanged.

Dated: October 30, 2013

*David O. Carter*
_____
The Honorable David O. Carter
United States District Judge