Ira Spiro, State Bar No. 67641
ira@spirolawcorp.com
Jennifer L. Connor, State Bar No. 241480
jennifer@spirolawcorp.com
**SPIRO LAW CORP.**
11377 West Olympic Boulevard, 5th Floor
Los Angeles, California 90064
Telephone:  310-235-2350
Fax:           310-235-2351

Joseph J. Gigliotti, State Bar No. 144979
gigliottilaw@msn.com
**GIGLIOTTI & GIGLIOTTI, LLP**
26501 Rancho Parkway South, Ste. 101
Lake Forest, California 92630
Telephone: 949-305-8202
Fax:           949-305-8239

Attorneys for Plaintiff SIDNEY ELLIOTT
and the putative Plaintiff Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY ELLIOTT, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROLLING FRITO-LAY SALES, LP, FRITO LAY, INC., FRITO-LAY SALES, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No. SA CV11-1730 DOC (ANx)<br><br>CLASS ACTION<br><br>**PLAINTIFF'S NOTICE OF REVISED MOTION AND MOTION FOR:**<br><br>**1. PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT;**<br><br>**2. PRELIMINARILY CERTIFYING THE CLASS FOR SETTLEMENT;**<br><br>**3. APPROVING THE FORM AND METHOD OF NOTICE; AND**<br><br>**4. SCHEDULING A FINAL APPROVAL HEARING**<br><br>Hearing:<br>Date:    December 23, 2013<br>Time:   8:30 a.m.<br>Crtrm:  9-D<br><br>Date Action Filed: November 9, 2011<br>Trial Date: August 16, 2014 |

SPIRO LAW CORP.

**TO THE COURT, TO ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, on December 23, 2013 at 8:30 a.m., or as soon as the matter may be heard, in the United States District Court for the Central District of California, 411 W. Fourth Street, Santa Ana, California 92701, before the Honorable David O. Carter, Plaintiff Sidney Elliott ("Plaintiff") moves the Court for an Order granting preliminary approval of the proposed class action settlement between Plaintiff and Defendants Rolling Frito-Lay Sales, L.P., Frito Lay, Inc., Frito-Lay Sales, Inc. ("Defendants" or "Frito-Lay").  Plaintiff will further mover the Court for an Order:

1. Certifying a Class for settlement purposes on the terms set forth in the Stipulation And Settlement Of Class Action Claims ("Settlement Agreement"), which is set forth as Exhibit "1" to the Amended Declaration of Jennifer L. Connor ("Connor Amended Decl.") filed concurrently herewith and granting preliminary approval of the Settlement Agreement as fair, reasonable, and adequate under Rule 23(e) of the Federal Rules of Civil Procedure.

2. Appointing Sidney Elliott as the Class Representative for settlement purposes and appointing Plaintiff's Counsel, Spiro Law Corp. and Gigliotti & Gigliotti, LLP as Class Counsel for settlement purposes;

3. Approving the form and method of service of notice of this class action settlement and establishing the procedure for class members to object and/or opt-out.  The [Proposed] Notice Of Class Action Settlement is attached to the Settlement Agreement and also separately set forth as Exhibit "2" to the Amended Connor Decl. filed concurrently herewith, and the [Proposed] Claim Form/FLSA Consent Form is attached to the Settlement Agreement and also separately set forth as Exhibit "3" to the Amended Connor Decl. filed concurrently herewith.

1    4.   Scheduling a final approval and fairness hearing on a date sufficiently after preliminary approval, if granted, to consider whether the Settlement should be finally approved as fair, reasonable, and adequate under Rule 23(e) of the Federal Rules of Civil Procedure, and to rule on attorneys' fees and expenses and incentive payments to Plaintiff.

This motion will be made pursuant to Rule 23(c) and (e) of the Federal Rules of Civil Procedure, the Court's inherent power to supervise class action litigation and the settlement of class action cases on the grounds that Plaintiff has reached a settlement with Defendants which Plaintiff believes provides fair, just, and reasonable recovery on behalf of the putative Class Members who allegedly did not receive all wages owed under California federal and hour laws.  Plaintiff desires to give notice of the action and the propose settlement to Class Members and to hold a hearing as to whether the settlement should be finally approved.

This Motion will be based upon this Notice, Plaintiff's Revised Motion For Preliminary Approval with the attached Memorandum of Points and Authorities, along with the Declaration of Jennifer L. Connor, Declaration of Sidney Elliott, Declaration of Joseph Gigliotti, and the [Proposed] Order, submitted concurrently herewith, the records and files in this action, and any further evidence or argument that the Court may properly receive at or before the hearing in this matter.

Respectfully submitted,

Date:  November 11, 2013        **SPIRO LAW CORP.**

By*: /s/   Jennifer Connor*
       Jennifer Connor
       Ira Spiro
Attorneys for Plaintiff and the putative Class