Ira Spiro, State Bar No. 67641
ira@spirolawcorp.com
Jennifer L. Connor, State Bar No. 241480
jennifer@spirolawcorp.com
**SPIRO LAW CORP.**
11377 West Olympic Boulevard, 5th Floor
Los Angeles, California 90064
Telephone:  310-235-2350
Fax:             310-235-2351

Joseph J. Gigliotti, State Bar No. 144979
gigliottilaw@msn.com
**GIGLIOTTI & GIGLIOTTI, LLP**
26501 Rancho Parkway South, Ste. 101
Lake Forest, California 92630
Telephone:  949-305-8202
Fax:             949-305-8239

Attorneys for Plaintiff SIDNEY ELLIOTT
and the putative Plaintiff Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY ELLIOTT, individually, and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>     v.<br><br>ROLLING FRITO-LAY SALES, LP, FRITO LAY, INC., FRITO-LAY SALES, INC., and DOES 1-10, inclusive,<br><br>         Defendants. | Case No. SA CV11-1730 DOC (ANx)<br><br>CLASS ACTION<br><br>**DECLARATION OF JOSEPH J. GIGLIOTTI SUBMITTED IN SUPPORT OF MOTION FOR PRELIMINARY OF CLASS ACTION SETTLEMENT**<br><br>Hearing:<br>Date:      TBD<br>Time:     TBD<br>Crtrm:    9-D<br><br>Date Action Filed: November 9, 2011<br>Trial Date: August 16, 2014 |

---

Declaration Of Joseph J. Gigliotti In Support Of Motion For Preliminary
Approval; Case No. 11-cv-1730

# DECLARATION OF JOSEPH J. GIGLIOTTI

I, Joseph J. Gigliotti, declare as follows:

1. I am an attorney licensed to practice before all courts of the state of California and one of the attorneys of record in this action and have personal knowledge of the facts herein. If called as a witness, I could and would competently testify as herein.

2. Throughout this case I have kept daily time records detailing all work performed on the case. My time records demonstrate that I have spent 125.5 hours working on this case from March of 2011 to the present and incurred $2821.00 in costs. My current hourly rate for non-contingent matters is $550.00 per hour.

3. I graduated from University of San Diego School of Law in June of 1989. I took the bar exam in July of 1989 and received my passing results in November of 1989. I have remained in good standing as a member of the bar and have never been disqualified in any matter. For the past 23 years my practice has been almost exclusively representing employers and employees in matters related to employment. I have successfully handled numerous wage and hour individual and multi-party State and Federal Court actions as well as numerous claims before the California Division of Labor Standards Enforcement representing both plaintiffs and defendants.

4. During the past 12 years I have successfully represented various classes of employees in wage and hour litigation, including a class of Domino Pizza employees, Notaries, Restaurant Workers, Vocational Instructors, and Route Sales Drivers. I have represented Route Sales Drivers in other four matters. I have also represented employees in class actions filed in the civil complex department of Orange County Superior Court, Los Angeles Superior Court, San

Case 8:11-cv-01730-DOC-AN   Document 46-3   Filed 11/11/13   Page 3 of 3   Page ID #:576

Bernardino Superior Court and Federal District Court for the Central District. I have also assisted the Law Offices of Ginez Steinmetz and Associates in several class action matters including a class of employees for the former Broadway Stores that spanned eight years with multiple appeals that ultimately settled for $18,000,000.00. In addition to representing plaintiffs, I represent employers class litigation, including the successful defense of a class action involving over 1000 grocery clerks.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on November 8, 2013 at Lake Forest, California.

_____
Joseph J. Gigliotti