1 | Ira Spiro, Cal. Bar #67641,
      Ira@spirolawcorp.com
2 | Jennifer L. Connor, Cal. Bar #241480
      Jennifer@spirolawcorp.com
3 | **SPIRO LAW CORP.**
    11377 W. Olympic Blvd., Fifth Floor
4 | Los Angeles, CA 90064
    Tel. (310) 235-2350, Fax (310) 235-2351
5 |
6 | Joseph J. Gigliotti, Cal. Bar # 1444979
      Gigliottilaw@msn.com
7 | **GIGLIOTTI & GIGLIOTTI, LLP**
    26501 Rancho Parkway South, Ste. 101
8 | Lake Forest, California 92630
9 | Tel. (949) 305-8202, Fax (949) 305-8239

10 | Attorneys For Plaintiff SIDNEY ELLIOTT
11 | And the putative Plaintiff Class

UNITED STATES DISTRICT COURT OF CALIFORNIA

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY ELLIOTT, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ROLLING FRITO-LAY SALES, LP, FRITO LAY, INC., FRITO-LAY SALES, INC., and DOES 1 through 10 inclusive,<br><br>    Defendants. | CASE NO. SA CV11-1730 DOC (ANx)<br><br>CLASS ACTION<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR AWARD OF ATTORNEYS' FEES; REIMBURSEMENT OF COSTS TO CLASS COUNSEL; AND ENHANCEMENT AWARD TO NAMED PLAINTFF**<br><br>[Memorandum Of Points And Authorities and Declarations of Jennifer L. Connor, Joseph Gigliotti, and Sidney Elliott filed concurrently herewith]<br><br><u>Hearing</u><br>Date:   June 9, 2014<br>Time:   8:30 a.m.<br>Place:   Ctrm. 9-D<br><br>Action Filed: November 9, 2011 |

Plaintiff's Notice Of Motion For Award Of Attorneys' Fees, Reimbursement Of Costs, And Enhancement For Named Plaintiff; Case No. SA-CV11-1730

**TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 9, 2014 at 8:30 a.m., or as soon thereafter as this matter may be heard, in the United States District Court for the Central District of California, Courtroom 9-D, 411 W. Fourth Street, Santa Ana, California 92701, before the Honorable David O. Carter, Plaintiff SIDNEY ELLIOTT ("Plaintiff") will, and hereby does, move this Court for an order:

(1) Awarding Plaintiff's counsel, Spiro Law Corp. and Gigliotti & Gigliotti, LLP, attorneys' fees in the amount of $480,000 from the proposed common fund Settlement; and

(2) Awarding Plaintiff's counsel, Spiro Law Corp. and Gigliotti & Gigliotti, LLP, an award for unreimbursed costs in the amount of $25,000 from the proposed common fund Settlement; and

(3) Awarding the Class Representative, Sidney Elliott, the amount of $15,000 as an enhancement award from the common fund Settlement.

Plaintiff's motion is made on the grounds that the provisions in the Settlement authorizing awards of attorneys' fees and costs to Plaintiff's counsel, along with the enhancement award sought for the named Plaintiff, are fair and reasonable under Rule 23(e) of the <u>Federal Rules of Civil Procedure</u> and the amounts requested are reasonable under Rule 23(h) of the <u>Federal Rules of Civil Procedure</u>. Plaintiff's motion is based on: this Notice; the Memorandum of Points and Authorities; and Declarations of Jennifer L. Connor, Joseph Gigliotti, and Sidney Elliott; all other pleadings and papers on file in this action; and any oral argument or other matter

//
//
//
//

1 | that may be considered by the Court.

| | Respectfully submitted, |
|---|---|
| Date: April 3, 2014 | **SPIRO LAW CORP.** |

By: */S/ Jennifer Connor*
 Jennifer L. Connor
 Ira Spiro
Attorneys for Plaintiff and the
preliminarily certified Settlement Class